RECEIVED 2010 MAY 11 A 10:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2010 MAY 11 A 10:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Curtis Eugene Caper
Full name and prison name of
Plaintiff(s)

v.

Southern Health Partners
Dr M<sup>c</sup>Wolters
Sgt Linda Benson
Capt. Preston Hughes
Sheriff Dennis Meeks
Lt. Don Jackson

Covington County AL.

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:10-CV-407-TMH-SRW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington County Jail Covington County, AL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Southern Health Partners | Covington County Jail
2. Dr M<sup>c</sup> Wolters | ''
3. Sgt Linda Benson | ''
4. Sherriff Dennis Meeks | ''
5. Capt. Preston Hughes | ''
6. Lt. Donald Jackson | ''

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 5, 2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Giving away a $661.60 SS check without my signing a release form~~~~~~

(7) Covington County, AL

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Brought a Social Security check for me to sign and instead of putting on my account gave it to an outside person without my having signed a release form against my wishes

GROUND TWO: Changing my medication without a doctor visit simply to save money

SUPPORTING FACTS: Nurse told me in front of witness's that they were changing my psych medicine to a cheaper medicine without a doctor seeing me

GROUND THREE: Denying my right to file grievances and requests as per my constitutional rights

SUPPORTING FACTS: Sgt. Benson sent me a handwritten letter saying she would not be answering my requests and she is the notary and in charge of commisary accounts

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Restore my $661.60 to me
Monetary Relief for my Mental instability
caused by lack of medication

~~[scribbled]~~ Curtis Capers
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 25, 2010
(Date)

Curtis Capers
Signature of plaintiff(s)

Curtis Capers
290 Hillcrest Dr
Andalusia, AL 36420



$00.6 10
05/10/2010
Mailed From 36420
US POSTAGE

Middle District of Alabama
Clerk, United States District Court
PO Box 711
Montgomery, AL 36101-0711